■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAQUAN BURROUGHS, Appellant. [815 NYS2d 488]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Camacho, J.), imposed July 2, 2004, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. Prudenti, P.J., Schmidt, Santucci, Rivera and Lunn, JJ., concur.